UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **KAREN CLOSKEY individually and on behalf of all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**GUTTER NATION, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:25-cv-06483-MRP<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Stephen Leoniy, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Gutter Nation, LLC in Camden County, NJ on November 21, 2025 at 11:20 am at 630 Pasadena Dr., Magnolia, NJ 08049 by workplace substituted service by leaving the documents at the usual workplace of Gutter Nation, LLC with Kitty Duncan who is the Office Manager authroized to accept for Gutter Nation, LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, DESIGNATION FORM, NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE, CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE, NOTICE OF AVAILABILITY OF COURT-ANNEXED MEDIATION

White Female, est. age 55-64, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.8478248,-75.0492749
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Burlington County   ,

   NJ    on    11/21/2025   .

/s/ *Stephen Leoniy*

Signature
Stephen Leoniy
+1 (856) 889-0847

