# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN CLOSKEY
individually and on behalf of all others similarly situated

Civil Action:  25-6483

v.

GUTTER NATION, LLC

## Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant GUTTER NATION, LLC for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

Dated: 1/07/2026

By: *Amanda Frazier*
Amanda Frazier, Deputy Clerk