**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KAREN CLOSKY,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>**v.**<br><br>**GUTTER NATION, LLC,** ***et al.*****,**<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br><br>**NO. 25-6483** |

**ORDER**

**AND NOW,** this 22nd day of September, 2026, upon consideration of Plaintiff's Response to the Court's September 11, 2026 Order to Show Cause (ECF No. 13), it is hereby **ORDERED** as follows:

1. The Court's September 11, 2026 Order to Show Cause is discharged;

2. The First Amended Complaint is deemed filed;

3. The Clerk of Court is directed to add Defendants Firm Foundations Marketing LLC and Osagie Noruwa to the docket in this case and issue the appropriate summonses;

4. Plaintiff shall serve the First Amended Complaint and summons on defendants as provided by the Federal Rules of Civil Procedure and file proofs of service within 30 days of this Order;

5. Within 14 days after the deadline for the last-served Defendant to respond to the First Amended Complaint, Plaintiff shall file a status report advising the Court whether each Defendant has appeared, the status of Plaintiff's efforts to obtain classwide records, and a proposed

schedule for class discovery and certification or, as appropriate, for motions for default judgment; and

6. Should any circumstances impede Plaintiff's ability to meet further deadlines in this matter, Plaintiff will promptly advise the Court and seek any necessary extensions no less than 24 hours before the deadline expires.[1]

BY THE COURT:

Hon. Mia R. Perez

[1] Plaintiff proposed submitting further status updates to the Court every 60 days. ECF No. 13 at 9. The Court will not require such reports unless further delays show such monitoring is necessary to ensure this case proceeds at a reasonable pace.