# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF PENNSYLVANIA

**KAREN CLOSKEY individually and on behalf of all others similarly situated**

*Plaintiff*

v.

**GUTTER NATION, LLC, FIRM FOUNDATIONS MARKETING LLC, AND OSAGIE NORUWA**

*Defendant*

Civil Action No. 2:25-cv-06483-MRP

## AFFIDAVIT OF SERVICE

I, Marawan Khalil, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Osagie Noruwa in Richmond County, NY on September 24, 2026 at 6:28 pm at 26 Clyde Pl, Staten Island, NY 10301-2211 by leaving the following documents with Osagie Noruwa who as Owner is authorized by appointment or by law to receive service of process for Osagie Noruwa.

Serve Documents

Additional Description:
I knocked on the door and asked for the subject's registered agent. A male responded, "Yes, that's me."
Race: Black, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: Y, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.6391290643,-74.0901312636
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Queens County,

NY on 9/25/2026.

/s/ *Marawan Khalil*

Signature
Marawan Khalil
+1 (929) 214-2867


Exhibit 1a)
26