**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**KAREN CLOSKEY,** individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

**GUTTER NATION, LLC,**

**FIRM FOUNDATIONS MARKETING LLC,**

**AND**

**OSAGIE NORUWA**

*Defendant.*

Case No. 2:25-cv-6483

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Karen Closkey, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully notifies the Court that the Plaintiff voluntarily dismisses her individual claims against Defendants without prejudice, with each party to bear its own fees and costs.

Dated: October 26, 2026

Respectfully Submitted,

*/s/ Andrew Perrong*
Andrew Perrong
Email: a@perronglaw.com
PERRONG LAW, LLC
1669 Edgewood Road, Suite 218

Yardley, PA 19067
Telephone: (215) 225-5529

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date.

October 26, 2026

*/s/ Andrew Perrong*
Andrew Perrong
Email: a@perronglaw.com
PERRONG LAW, LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529